UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIUS EVANS,<br><br>      Plaintiff,<br><br>v.<br><br>KRISTOPHER THARP and MADISON COUNTY JAIL SHERIFF OFFICE,<br><br>      Defendants. | Case No. 21-cv-1066-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kristopher Tharp and against plaintiff Julius Evans, and that this claim is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Julius Evans's claim against Madison County Jail Sheriff Office is dismissed with prejudice.

**DATED:** August 6, 2024

                                          **MONICA A. STUMP, Clerk of Court**

                                          **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**